| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | AMANDA LOCKHART (State Bar #289900) |
| | THOMAS E. FRANKOVICH, |
| | ***A PROFESSIONAL LAW CORPORATION*** |
| 3 | 702 Mangrove Avenue, #304 |
| | Chico, CA 95926 |
| 4 | Telephone: (415) 389-8600 |
| | Email: alockhart@disabilitieslaw.com |
| 5 | |
| 6 | Attorney for Plaintiff |
| | BYRON CHAPMAN |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN, ) CASE NO. 3:17-cv-05727-RS
)
Plaintiff, )
) **STIPULATION OF DISMISSAL AND**
v. ) **[PROPOSED] ORDER THEREON**
)
BAECHTEL CREEK INN, INC., *et al.* )
)
Defendants. )

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Dated: January 5, 2018        THOMAS E. FRANKOVICH, APLC
                              *A PROFESSIONAL LAW CORPORATION*

                              By:  /s/ Amanda Lockhart
                              Amanda Lockhart
                              Attorneys for Plaintiff


Dated: January 5, 2018        NEARY and O'BRIEN


                              By:  /s/ Christopher J. Neary
                              Christopher J. Neary
                              Attorney for Defendants


## [proposed] ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  1/8/18

                              Honorable Richard Seeborg
                              United States District Judge